**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

OCT 1 2 2023

BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | Case No. CR 23-173 RAW |
| RIAN REED MILLER, | |
| *Defendant.* | |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

**ASSAULT WITH INTENT TO COMMIT MURDER IN INDIAN COUNTRY**
**[18 U.S.C. §§ 113(a)(1), 1151, & 1153]**

On or about April 29, 2023, within the Eastern District of Oklahoma, in Indian Country, the defendant, **RIAN REED MILLER**, an Indian, did assault C.T. with intent to commit murder, to wit: by shooting C.T. with a firearm, in violation of Title 18, United States Code, Sections 113(a)(1), 1151, and 1153.

## COUNT TWO

**ASSAULT WITH A DANGEROUS WEAPON**
**WITH INTENT TO DO BODILY HARM IN INDIAN COUNTRY**
**[18 U.S.C. §§ 113(a)(3), 1151, & 1153]**

On or about April 29, 2023, within the Eastern District of Oklahoma, in Indian Country, the defendant, **RIAN REED MILLER**, an Indian, did assault C.T. with a dangerous weapon, with intent to do bodily harm, in violation of Title 18, United States Code, Sections 113(a)(3), 1151, and 1153.

## COUNT THREE

### USE, CARRY, BRANDISH AND DISCHARGE A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE
### [18 U.S.C. §§ 924(c)(1)(A)(i), (ii), & (iii)]

On or about April 29, 2023, within the Eastern District of Oklahoma, the Defendant, **RIAN REED MILLER**, did knowingly use, carry, brandish, and discharge a firearm, to wit: a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Assault with Intent to Commit Murder in Indian Country, as alleged in Count One of this Indictment, and Assault with a Dangerous Weapon with Intent to do Bodily Harm in Indian Country, as alleged in Count Two of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), and (iii).

## COUNT FOUR

### ASSAULT RESULTING IN SERIOUS BODILY INJURY IN INDIAN COUNTRY
### [18 U.S.C. §§ 113(a)(6), 1151, & 1153]

On or about April 29, 2023, within the Eastern District of Oklahoma, in Indian Country, the defendant, **RIAN REED MILLER**, an Indian, did assault C.T., resulting in serious bodily injury, in violation of Title 18, United States Code, Sections 113(a)(6), 1151, and 1153.

### FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d), & 28 U.S.C. § 2461(c)]

The allegations contained in Counts One through Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations charged in Counts One through Four of this Indictment involving violations of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii) and (iii), 113(a)(1), 113(a)(3), 113(a)(6), 1151, and 1153, the defendant, **RIAN REED MILLER**, shall

forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including, but not limited to:

- One (1) Smith and Wesson .380 handgun bearing serial number KER8160; and
- Approximately two (2) rounds of .380 ammunition.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

RYAN BONDURA, SC BAR # 104079
Assistant United States Attorney